# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARION THOMAS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> HILLTOP TRUST, et al., <br><br> *Defendants*. | Case No.: 1:25-cv-2613 <br><br> Removed from the Superior Court Of The District Of Columbia – Civil Division - Case No. 2025-CAB-002174 |

## DEFENDANTS' NOTICE OF ERRATA

Defendants, Hilltop Trust and Roderick Wesley Jones II (collectively "Defendants"), by counsel, respectfully submit their Notice of Errata in response to the Court's August 11, 2025 paperless order requiring the filing of the same. In support thereof, Defendants represent that the initiating pleading attached hereto as Exhibit "1" (Defendants' Corrected Notice of Removal) has been revised to comply with LCvR 5.1(c), and it identifies the names and full residence addresses of all parties to this action.

Respectfully submitted,

/s/ John A. Nader
John A. Nader (D.C. Bar No. 974890)
HINSHAW & CULBERTSON, LLP
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: (202) 970-5280
Fax: (212) 935-1166
jnader@hinshawlaw.com

*Counsel for Defendants,*
*Hilltop Trust, and Roderick Wesley Jones II*

1

## **CERTIFICATE OF SERVICE**

I certify that on August 11, 2025, I filed the foregoing Notice of Errata with the Clerk of the Court using the CM/ECF system which then served a Notice of Electronic Filing on:

Adam S. Trombly, Esq.
Noah S. Trombly, Esq.
Trombly & Singer, PLLC
1825 K Street, NW, Suite 1150
Washington, D.C. 20006

*Counsel for Plaintiffs*

/s/ John A. Nader
John A. Nader